IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Labrontae Agnew, | ) | C/A No.  0:15-4632-MGL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Leroy Cartledge, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, proceeding *pro se,* filed an unsigned petition seeking habeas relief pursuant to 28 U.S.C. § 2254.  (ECF No. 1.)  By order issued on November 24, 2015, the court allowed Petitioner an opportunity to bring the case into proper form for evaluation.  (ECF No. 6.)  The order directed Petitioner to sign the petition and to pay the filing fee or submit the financial document necessary to proceed *in forma pauperis*.  (Id. at 1.)  The order warned Petitioner that failure to provide the necessary information within a specific time period would subject the case to dismissal.  (Id.) Petitioner did not respond to the order and the time for response has lapsed.  As Petitioner has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed without prejudice** pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

January 5, 2016
Columbia, South Carolina

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.