AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Labrontae Agnew,  ) | |
| *Petitioner*  ) | |
| v.  ) | Civil Action No.    0:15-cv-04632-MGL |
| Leroy Cartledge,  ) | |
| *Respondent*  ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Labrontae Agnew, shall take nothing of the respondent, Leroy Cartledge, and this action is dismissed without prejudice..

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, dismissing the petition pursuant to Rule 41 of Civil Procedure.

Date:  January 5, 2016                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/M. Walker
                                                                          *Signature of Clerk or Deputy Clerk*